ORIGINAL

Judge Berman

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

07 CV 5392

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | |
| Plaintiff, | CASE NO. _____ |
| v. | Jury Trial Demanded |
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., MACY'S, INC. (F/K/A FEDERATED DEPARTMENT STORES, INC.), BLOOMINGDALES BY MAIL LTD., BLOOMINGDALES, INC., FDS BANK, FACS GROUP, INC., and WEBSTER BANK, N.A. | JUN 0 7 2007 |
| Defendants. | |

**PLAINTIFF RONALD A. KATZ TECHNOLOGY LICENSING, L.P.'S**

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure, Ronald A. Katz Technology Licensing, L.P. ("RAKTL") states that it is not a corporate entity. Further, there is no RAKTL parent corporation nor any corporation that owns 10% or more of stock of RAKTL.

Dated: June 7, 2007

Respectfully submitted,

By: *[signature: Celia Goldway Barenholtz]*
Celia Goldwag Barenholtz (CB 9126)
COOLEY GODWARD KRONISH LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone:  (212) 479-6000
Facsimile:  (212) 479-6275

Of Counsel:

Stephen C. Neal
*nealsc@cooley.com*
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:  (650) 843-5000
Facsimile:  (650) 857-0663

Frank V. Pietrantonio
*fpietrantonio@cooley.com*
Jonathan G. Graves
*jgraves@cooley.com*
COOLEY GODWARD KRONISH LLP
One Freedom Square
11951 Freedom Drive
Reston, VA 20190-5656
Telephone:  (703) 456-8000
Facsimile:  (703) 456-8100

*Attorneys for Plaintiff*
*Ronald A. Katz Technology Licensing, L.P.*

*Index No.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

RONALD A. KATZ TECHNOLOGY LICENSING, L.P.

Plaintiff,

v.

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., ET AL.

Defendants.

***CORPORATE DISCLOSURE STATEMENT***

**COOLEY GODWARD KRONISH LLP**

*Attorneys for Plaintiff.*

**1114 Avenue of the Americas
New York, NY 10036-7798
(212) 479-6000**