UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,

                    Plaintiff,

       -against-

CONSOLIDATED EDISON COMPANY OF NEW YORK,
INC., et al.,
                    Defendants.
-------------------------------------------------------------X

Index No.: 2007 CV 5392 (BERMAN)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK )

       **DARREN HINDS**, being duly sworn, deposes and says:

       1.    That I am not a party to this action, am over eighteen years of age and reside in the State of New Jersey;

       2.    That on <u>June 08, 2007,</u> at approximately <u>10:20 a.m.</u>, I served by hand, by personally delivering to and leaving with, a true and correct copy of the foregoing documents: **SUMMONS IN A CIVIL ACTION and COMPLAINT, PRACTICES OF HONORABLE RICHARD M. BERMAN and PRATICES OF MAGISTRATE JUDGE MAAS, CIVIL COVER SHEET, CORPORATE DISCLOSURE STATEMENT,** all upon **CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,** by Personal Service, via Mr. Joseph Carey, who identified himself as a "Paralegal", as well as being authorized as Agent to accept service on behalf of Consolidated Edison Company Of New York, Inc., which service was effected at the business address indicated below:

                           CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.
                           4 Irving Place / Lobby
                           New York, New York 10003

       3.    **Mr. Joseph Carey** can best be described as:

African American Male – Dark Brown skin – Black hair - Brown eyes - Approximately 22 – 32 years of age, 5'7" - 5'11" and 155 - 195 lbs.

Dated:  June 08, 2007
          New York, New York

                                                                                    DARREN HINDS
                                                                                          License No.: 1194970

Sworn to before me on this the 08th day of June 2007.

HOLLY ROLDAN
Notary Public, State of New York
No. 01RO6125752
Qualified in New York County
Commission Expires April 20, 2009

NOTARY PUBLIC

---

RAPID & RELIABLE ATTORNEY SERVICE, INC.                                                 POST OFFICE BOX 858
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-                            NEW YORK, NEW YORK 10268
                                                                                                              212-608-1555
*"We've built our reputation on your satisfaction"*