## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONALD A. KATZ TECHNOLOGY, L.P.
        Plaintiff,

-against-                            Case Number: 07-CV-5392

CONSOLIDATD EDISON COMPANY
of NEW YORK, INC, et al.,
        Defendants.

---

STATE OF NEW YORK  )
COUNTY OF ALBANY  )

    REGINA SPORTMAN, being duly sworn, deposes and says that: he is over the age of eighteen (18) years, is not a party to the action herein and resides in East Green Bush, NY. That on the 8th day of June 2007, at 12:45 p.m., she served the SUMMONS and COMPLAINT in the above entitled action, upon MACY'S INC., by delivering to and leaving with the CORPORATION SERVICE COMPANY, a true copy thereof.

Location of Service: 80 State Street, Albany, NY.

Manner of Service: By Delores Burton, Clerk authorized to accept service.

Description of Person Served: sex: female, age: 40, skin color: brown, height: 5'5",
    Weight: 145, hair color: dark.

                                                            _____
                                                             Regina Sportman

Sworn to before me this
11th day of June 2007

_____

Keith J. Christiansen
Notary Public, State of New York
No. N4703920
Qualified in Albany County
Commission Expires March 30, 20__