# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONALD A. KATZ TECHNOLOGY, L.P.
        Plaintiff,

-against-                        Case Number: **07-CV-5392**

CONSOLIDATD EDISON COMPANY
of NEW YORK, INC, et al.,
        Defendants.

---

STATE OF NEW YORK )
COUNTY OF ALBANY )

    REGINA SPORTMAN, being duly sworn, deposes and says that: he is over the age of eighteen (18) years, is not a party to the action herein and resides in East Green Bush, NY. That on the 8th day of June 2007, at 12:45 p.m., she served the SUMMONS and COMPLAINT in the above entitled action, upon BLOOMINGDALE'S BY MAIL, LTD., by delivering to and leaving with the CORPORATION SERVICE COMPANY, a true copy thereof.

Location of Service: 80 State Street, Albany, NY.

Manner of Service: By Delores Burton, Clerk authorized to accept service.

Description of Person Served: sex: female, age: 40, skin color: brown, height: 5'5",
    Weight: 145, hair color: dark.

                                                        *Regina Sportman*
                                                         Regina Sportman

Sworn to before me this
11th day of June 2007

Keith J. Christiansen
Notary Public, State of New York
No. N4703920
Qualified in Albany County
Commission Expires March 30, 20__