UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD A. KATZ TECHNOLOGY LICENSING, L.P.

    Plaintiff,
v.

Case No. 07 CV 5392

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC. et al

    Defendants.

State of Ohio:      ss
County of Hamilton

AFFIDAVIT OF SERVICE

Before me, a Notary Public, in and for said state, personally appeared Betty A. Marshall, who being by me duly sworn deposes and says that he/she is more than eighteen years of age; is a citizen of the United States and is not an interested party in the above styled action and that he/she did serve a Summons, Complaint and Rule 7.1 Statement on FDS Bank, c/o Mike Gatio at 9111 Duke Boulevard, Suite 100, Mason, Ohio 45040

( ) Personally delivering to the person named as defendant.

(X) By leaving, at the offices of the person/entity being served, leaving same with person apparently in charge thereof or authorized to accept service being, Jennifer L. Boyle, Paralegal.

( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household, being,

( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

( ) By mailing a copy by first class mail to,

Served on June 8, 2007 at 11:00 a/m

Description (approximate): Sex: F   Age: 40   Race: W   Height: 5' 6"   Weight: 130   Hair: Brown
Other:

Non-Service:

( ) Moved and left no forwarding ( ) Unknown at the given address ( ) No such address ( ) Unable to serve in timely manner

_Betty A. Marshall_
Process Server

Sworn to before me and signed in my presence this _8th_ day of _June_, 2007
(Signed) _Ronald D. Marshall_
                          Notary Public, State of Ohio

Ronald D. Marshall
Notary Public, State of Ohio
My Commission Expires 02-21-2012