# UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE

Ronald A. Katz Technology
Licensing, LP.

vs.

CASE NO.: 07 CV 5392

Consolidated Edison Company of
New York, et al.

_____/

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN   ss.

Kevin Farina, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action.

That on 06/11/2007 at 10:09 AM, Deponent served the within named Webster Bank by delivering a true copy of the Summons, Complaint, Rule 7.1 Statement to Tara Brennan, Bank Teller, a person authorized to accept service on behalf of Webster Bank. Said service was effected at 145 Bank Street, Waterbury, CT 06720.

Description:
Sex: Female – Age: 52 – Skin: White – Hair: Blonde – Height: 5'7 – Weight: 165
Other Features:

To the best of my knowledge and belief, said person was not engaged in the U.S. Military at the time of service.

The undersigned declares under penalty of perjury that the foregoing is true, correct and my free act and deed.

Sworn to and subscribed before me this
12 day of June, 2007
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC
My Commission Expires: 12/31/08

X _____
Kevin Farina
Date: 6/12/07

Client File#: - Our File# 31020