IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,, <br><br> Plaintiff, <br><br> v. <br><br> CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., MACY'S INC. (F/K/A FEDERATED DEPARTMENT STORES, INC.), BLOOMINGDALES BY MAIL LTD., BLOOMINDALES, INC., FDS BANK, FACS GROUP, INC., AND WEBSTER BANK, N.A., <br><br> Defendants. | CASE NO. 07 CV 5392 <br> Jury Trial Demanded |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/07

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**

WHEREAS, Consolidated Edison Company of New York, Inc., Macy's, Inc. (f/k/a Federated Department Stores, Inc.), Bloomingdales By Mail Ltd., Bloomingdales, Inc., FDS Bank, FACS Group, Inc., and Webster Bank, N.A., ("Defendants") have requested an extension of time to answer, move or otherwise plead in response to the Complaint to allow the additional time necessary to evaluate more fully the allegations of the Complaint and their responses to those allegations;

373736.1

IT IS HEREBY STIPULATED by Plaintiff and Defendants, subject to the approval of the Court, that Defendants may have until July 30, 2007, to answer, move or otherwise plead in response to the Complaint.

Respectfully submitted,

| | |
|---|---|
| Celia Goldwag Barenholtz (CB 9126) | Matthew J. Moore (not admitted in NY) |
| COOLEY GODWARD KRONISH LLP | Christopher Cuneo (not admitted in NY) |
| The Grace Building | HOWREY LLP |
| 1114 Avenue of the Americas | 1299 Pennsylvania Ave., N.W. |
| New York, NY 10036-7798 | Washington, D.C. 20004 |
| (212) 479-6000 | (202) 783-0800 |
| | |
| *Counsel for* | *Counsel for* |
| RONALD A. KATZ TECHNOLOGY | CONSOLIDATED EDISON COMPANY OF |
| LICENSING, L.P | NEW YORK, INC. |
| | |
| Dated: 6/28/07 | Dated: 6/28/07 |

_[signature]_

Anthony F. LoCicero (AL 7538)
Richard S. Mandaro (RM 2602)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York 10016
212-336-8000

*Counsel for*
*MACY'S INC. (F/K/A FEDERATED*
*DEPARTMENT STORES, INC.),*
*BLOOMINGDALES BY MAIL LTD.,*
*BLOOMINGDALES, INC., FDS BANK,*
*FACS GROUP, INC.*

Dated: 6/28/07


_[signature] with permission_

Gregory Novak (not admitted in NY)
NOVAK DRUCE + QUIGG LLP
1300 Eye Street, NW
Washington, D.C. 20005
(202) 659-0100

*Counsel for*
*WEBSTER BANK, N.A.*

Dated: 6/28/07


SO ORDERED this **28th** day of **June**, 2007

_[signature]_
UNITED STATES DISTRICT JUDGE

# AMSTER ROTHSTEIN & EBENSTEIN LLP
*Intellectual Property Law*

# FACSIMILE

90 Park Avenue
New York NY 10016

Main  212 336 8000
Fax   212 336 8001
Web   www.arelaw.com

June 28, 2007

| | | | |
|---|---|---|---|
| To: | The Honorable Richard M. Berman<br>United States District Judge<br>Southern District of New York | Fax:<br>Voice: | (212) 805-6717<br>(212) 805-6715 |
| From: | Richard S. Mandaro | | |
| Re: | *Ronald A. Katz Technology Licensing, L.P.*<br>*v. Con Ed et al.*<br>Civil Action No.: 07 CV 5392 (RMB)<br>(Our File: 33765/1003) | | |

Prepd. by: __Ruth__   Return to: __Ruth__   No. of pages including cover: __4__

**Message:**

Attached is a Stipulation And Order To Extend Time To Answer for the Court's approval.

Respectfully submitted,

Richard S. Mandaro

373745.1
This transmission is intended only for the party to whom it is addressed and may contain privileged or confidential information. If you are not the intended recipient, you are hereby notified that any use, dissemination or copying of this transmission is prohibited. If you received this transmission in error, please notify us immediately by telephone and return this transmission and any copies to us by mail. For missing or illegible pages please call the fax operator at 212-336-8000.