UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x

RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,

        Plaintiff,

-against-

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., MACY'S INC. (F/K/A FEDERATED DEPARTMENT STORES, INC.), BLOOMINGDALES BY MAIL LTD., BLOOMINGDALES, INC., FDS BANK, FACS GROUP, INC., AND WEBSTER BANK, N.A.,

        Defendants.

-------------------------------x

CASE NO. 07 CV 5392 (RMB) (FM)

NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that the undersigned attorneys hereby appear as counsel for defendant Webster Bank, N.A. and hereby demand that copies of all notices, papers and filings be served at the following addresses:

| | |
|---|---|
| James G. McCarney, Esq. | Matthew J. Moore, Esq. |
| Jenifer J. Liu, Esq. | Lisa Hsiao, Esq. |
| HOWREY LLP | Christopher Cuneo, Esq. |
| Citigroup Center | HOWREY LLP |
| 153 East 53rd Street, 54th Floor | 1299 Pennsylvania Ave., N.W. |
| New York, NY 10022 | Washington, D.C., 20004 |
| Tel: (212) 896-6500 | Tel: (202) 783-0800 |
| Fax: (212) 896-6501 | Fax: (202) 383-6610 |
| Email: mccarneyj@howrey.com | Email: moorem@howrey.com |
|        liuj@howrey.com |        hsiaol@howrey.com |
| |        cuneoc@howrey.com |

DM_US:20591725_1

- 2 -

Dated:  New York, New York
       July 25, 2007

*James G. McCarney* /JJL

James G. McCarney (JM 2200)
Jenifer J. Liu (JL 2773)
HOWREY LLP
Citigroup Center
153 East 54th Street, 54th Floor
New York, NY 10022
Tel:  (212) 896-6500
Fax:  (212) 896-6501

Matthew J. Moore
Lisa Hsiao
Christopher Cuneo
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C.  20004
(202) 783-0800

Attorneys for
WEBSTER BANK, N.A. and
CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC.

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing **NOTICE OF APPEARANCE** were served by electronic and regular United States mail, postage prepaid, this 25th day of July, 2007 upon each of the parties listed below:

Anthony F. LoCicero (AL 7538)
Richard S. Mandaro (RM 2602)
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York 10016
alocicero@arelaw.com
rmandero@arelaw.com

Counsel for MACY'S INC. (F/K/A FEDERATED DEPARTMENT STORES, INC.), BLOOMINGDALES BY MAIL LTD., BLOOMINGDALES, INC., FDS BANK, FACS GROUP, INC.

Celia Goldwag Barenholtz
Cooley Godward Kronish LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7798
cbarenholtz@cooley.com

Counsel for RONALD A. KATZ TECHNOLOGY LICENSING, L.P.


Dated: New York, New York
       July 25, 2007

                                                          _____
                                                                   Jenifer J. Liu