UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RONALD A. KATZ TECHNOLOGY : 
LICENSING, L.P.,
: 07 Civ. 5392 (RMB) (FM)
  Plaintiff,
:
 -against- : RULE 7.1 STATEMENT
:
CONSOLIDATED EDISON COMPANY   Hon. Richard M. Berman
OF NEW YORK, INC., MACY'S INC. :
(F/K/A FEDERATED DEPARTMENT   ECF Filed
STORES, INC.), BLOOMINGDALES BY :
MAIL LTD., BLOOMINGDALES, INC.,
FDS BANK, FACS GROUP, INC., AND :
WEBSTER BANK, N.A.,
:
  Defendants.
:
------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1, formerly Local Rule 1.9, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Consolidated Edison Company of New York, Inc. certify that Defendant Consolidated Edison Company of New York, Inc. hereby identifies Consolidated Edison, Inc. as its parent corporation.

DM_US:20595912_1

Dated: July 27, 2007
New York, New York

                HOWREY LLP

        By   /s/ James G. McCarney
           James G. McCarney (JM 2200)
           Jenifer J. Liu (JL 2773)
           HOWREY LLP
           153 East 54th Street, 54th Floor
           New York, NY 10022
           Tel: (212) 896-6500
           Fax: (212) 896-6501

           Matthew J. Moore
           Lisa Hsiao
           Christopher Cuneo
           HOWREY LLP
           1299 Pennsylvania Ave., N.W.
           Washington, D.C. 20004
           (202) 783-0800

           *Counsel for*
           *Consolidated Edison Company*
           *of New York, Inc. and Webster*
           *Bank, N.A.*

## CERTIFICATE OF SERVICE

I certify that on July 27, 2007, Defendant's Rule 7.1 Statement, dated July 27, 2007 was electronically filed with the Clerk of the United States District Courthouse, Southern District of New York, 40 Centre Street, New York, NY 10007 and that copies of the foregoing were served by electronic and regular United States mail, postage prepaid, this 27th day of July, 2007 upon each of the parties listed below:

Anthony F. LoCicero (AL 7538)
Richard S. Mandaro (RM 2602)
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York 10016
alocicero@arelaw.com
rmandaro@arelaw.com

Counsel for MACY'S INC. (F/K/A FEDERATED DEPARTMENT STORES, INC.), BLOOMINGDALES BY MAIL LTD., BLOOMINGDALES, INC., FDS BANK, FACS GROUP, INC.

Celia Goldwag Barenholtz
Cooley Godward Kronish LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7798
cbarenholtz@cooley.com

Counsel for RONALD A. KATZ TECHNOLOGY LICENSING, L.P.


Dated: New York, New York
       July 27, 2007

                                        /s/ Jenifer J. Liu
                                        Jenifer J. Liu (JL 2773)