UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

RONALD A. KATZ TECHNOLOGY　　　　　:
LICENSING, L.P.,
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　　:　　CASE NO. 07 CV 5392 (RMB) (FM)
　　　　-against-
　　　　　　　　　　　　　　　　　　　　:　　SECOND STIPULATION
CONSOLIDATED EDISON COMPANY　　　　　　　AND ORDER TO EXTEND
OF NEW YORK, INC., MACY'S INC.　　　:　　TIME FOR WEBSTER
(F/K/A FEDERATED DEPARTMENT　　　　　　　BANK, N.A. TO ANSWER
STORES, INC.), BLOOMINGDALES BY　　　:
MAIL LTD., BLOOMINGDALES, INC.,
FDS BANK, FACS GROUP, INC., AND　　　:
WEBSTER BANK, N.A.,
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendants.
　　　　　　　　　　　　　　　　　　　　:
----------------------------------------x

　　　　WHEREAS, Webster Bank, N.A. ("Webster") has requested a second extension of time to answer, move or otherwise plead in response to the Complaint presently due on July 30, 2007 to allow the additional time necessary to evaluate more fully the allegations of the Complaint and its responses to those allegations;

　　　　WHEREAS, Webster has made one prior request for an extension of time that was granted, and Plaintiff has consented to this second request;

　　　　IT IS HEREBY STIPULATED by Plaintiff and Webster, subject to the approval of the Court, that Webster may have until August 10, 2007, to answer, move or otherwise plead in response to the Complaint.

DM_US:20590891_1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/07
```

-2-

Dated: New York, New York
July 25, 2007

COOLEY GODWARD KRONISH LLP

By: *Celia Goldwag Barenholtz*/JJL
Celia Goldwag Barenholtz (CB 9126)
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone:   (212) 479-6000
Facsimile:    (212) 479-6275

*Counsel for Ronald A. Katz
Technology Licensing, L.P.*

HOWREY LLP

By: *James G. McCarney*/JJL
James G. McCarney (JM 2200)
HOWREY LLP
Citigroup Center
153 East 54th Street, 54th Floor
New York, NY 10022
Tel: (212) 896-6500
Fax: (212) 896-6501

Matthew J. Moore
Lisa Hsiao
Christopher Cuneo
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 783-0800

*Counsel for
Webster Bank, N.A. and
Consolidate Edison Company
of New York, Inc.*

SO ORDERED
*Richard A. Berman* 7/27/07
---
UNITED STATES DISTRICT JUDGE

Case 1:07-cv-05392-GEL    Document 14    Filed 07/30/2007    Page 3 of 3