UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
RONALD A. KATZ TECHNOLOGY LICENSING, :
L.P., :
            Plaintiff, :
  v. :
:
CONSOLIDATED EDISON COMPANY OF NEW : Civil Action No. 07-CV-5392
YORK, INC., : Judge Berman
MACY'S, INC. (F/K/A FEDERATED :
DEPARTMENT STORES, INC.), :
BLOOMINGDALES BY MAIL LTD., :
BLOOMINGDALES, INC., FDS BANK, :
FACS GROUP, INC., and :
WEBSTER BANK, N.A. :
            Defendants. :
:
MACY'S, INC. (F/K/A FEDERATED :
DEPARTMENT STORES, INC.), :
BLOOMINGDALES BY MAIL LTD., :
BLOOMINGDALES, INC., FDS BANK, and MACY'S :
CREDIT AND CUSTOMER SERVICES, INC. :
(F/K/A FACS GROUP, INC.), :
            Counterclaim Plaintiffs/ :
            Third Party Plaintiffs, :
  v. :
:
RONALD A. KATZ TECHNOLOGY LICENSING, :
L.P., :
            Counterclaim Defendant, :
:
INTERNATIONAL BUSINESS MACHINES CORP., :
and XEROX GLOBAL SERVICES, INC., :
            Third Party Defendants. :
------------------------------------------------------------------ X

## **MACY'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Macy's, Inc. (f/k/a Federated Department Stores, Inc.), Bloomingdales By Mail Ltd., Bloomingdales, Inc., FDS Bank and Macy's Credit And Customer Services, Inc. (f/k/a FACS Group, Inc.)(collectively "Macy's") hereby advises the Court that:

376002.1

Macy's, Inc. (f/k/a Federated Department Stores, Inc.) is a publicly traded company and does not have a parent corporation. No publicly held corporation owns 10% or more of the stock of Macy's, Inc.;

Macy's, Inc. is the ultimate parent corporation of Bloomingdales By Mail Ltd. and no other publicly held corporation owns 10% or more of the stock of Bloomingdales By Mail Ltd.;

Macy's, Inc. is the ultimate parent corporation of Bloomingdales, Inc. and no other publicly held corporation owns 10% or more of the stock of Bloomingdales, Inc.;

Macy's, Inc. is the ultimate parent corporation of FDS Bank and no other publicly held corporation owns 10% or more of the stock of FDS Bank; and

Macy's, Inc. is the ultimate parent corporation of Macy's Credit and Customer Services, Inc. (f/k/a FACS Group, Inc.) and no other publicly held corporation owns 10% or more of the stock of Macy's Credit and Customer Services, Inc.

Dated:  July 30, 2007
        New York, New York

Respectfully Submitted,

By: _____
    Daniel S. Ebenstein, Esq. (DE 2109)
    Anthony F. Lo Cicero, Esq. (AL 7538)
    Richard S. Mandaro, Esq. (RM 2602)
    Brian Comack, Esq. (BC 8439)
    AMSTER ROTHSTEIN & EBENSTEIN, LLP
    90 Park Avenue
    New York, New York 10016
    Tel: 212-336-8000
    Fax: 212-336-8001

*Attorneys for Defendants and Counterclaim Plaintiffs/Third Party Plaintiffs*
*Macy's, Inc. (f/k/a Federated Department Stores, Inc.), Bloomingdales By Mail Ltd., Bloomingdales, Inc., FDS Bank and Macy's Credit and Customer Services, Inc. (f/k/a FACS Group, Inc.)*

376002.1

-3-