IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ------------------------------------------------------------------ X <br> RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br>                 Plaintiff, <br>   v. <br><br> CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., MACY'S, INC. (F/K/A FEDERATED DEPARTMENT STORES, INC.), BLOOMINGDALES BY MAIL LTD., BLOOMINGDALES, INC., FDS BANK, FACS GROUP, INC., and WEBSTER BANK, N.A., <br><br>                 Defendants. <br><br> MACY'S, INC. (F/K/A FEDERATED DEPARTMENT STORES, INC.), BLOOMINGDALES BY MAIL LTD., BLOOMINGDALES, INC., FDS BANK, and MACY'S CREDIT AND CUSTOMER SERVICES, INC. (F/K/A FACS GROUP, INC.), <br>                 Counterclaim Plaintiffs/ <br>                 Third Party Plaintiffs, <br>   v. <br><br> RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br>                 Counterclaim Defendant, <br><br> INTERNATIONAL BUSINESS MACHINES CORP., and XEROX GLOBAL SERVICES, INC., <br>                 Third Party Defendants. <br> ------------------------------------------------------------------ X | Civil Action No. 07-CV-5392 <br><br> ECF Filed <br><br><br> Honorable Richard M. Berman <br> Magistrate Judge Frank Maas |

## NOTICE OF APPEARANCE

To The Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendants/Counterclaim Plaintiffs/Third Party Plaintiffs:

- Macy's, Inc. (f/k/a Federated Department Stores, Inc.),

376322.1

-2-

- Bloomingdales By Mail Ltd.,
- Bloomingdales, Inc.,
- FDS Bank, and
- FACS Group, Inc. (now known as Macy's Credit And Customer Services, Inc.)

I certify that I am admitted to practice in this court.

Respectfully submitted,

Dated: July 31, 2007

Daniel S. Ebenstein (DE 2190)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 336-8000
Fax: (212) 336-8001
Email: debenstein@arelaw.com

376322.1                                    -2-