IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br>          Plaintiff,<br><br>v.<br><br>CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., MACY'S, INC. (F/K/A FEDERATED DEPARTMENT STORES, INC.), BLOOMINGDALES BY MAIL LTD., BLOOMINGDALES, INC., FDS BANK, FACS GROUP, INC., and WEBSTER BANK, N.A.,<br><br>          Defendants.<br><br>MACY'S, INC. (F/K/A FEDERATED DEPARTMENT STORES, INC.), BLOOMINGDALES BY MAIL LTD., BLOOMINGDALES, INC., FDS BANK, and MACY'S CREDIT AND CUSTOMER SERVICES, INC. (F/K/A FACS GROUP, INC.),<br>          Counterclaim Plaintiffs/<br>          Third Party Plaintiffs,<br>v.<br><br>RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br>          Counterclaim Defendant,<br><br>INTERNATIONAL BUSINESS MACHINES CORP., and XEROX GLOBAL SERVICES, INC.,<br>          Third Party Defendants. | Civil Action No. 07-CV-5392<br><br>ECF Filed<br><br><br>Honorable Richard M. Berman<br>Magistrate Judge Frank Maas |

## **NOTICE OF APPEARANCE**

To The Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendants/Counterclaim Plaintiffs/Third Party Plaintiffs:

- Macy's, Inc. (f/k/a Federated Department Stores, Inc.),

376323.1

-2-

- Bloomingdales By Mail Ltd.,
- Bloomingdales, Inc.,
- FDS Bank, and
- FACS Group, Inc. (now known as Macy's Credit And Customer Services, Inc.)

I certify that I am admitted to practice in this court.

Respectfully submitted,

Dated: July 31, 2007

_____
Anthony F. Lo Cicero (AL 7538)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 336-8000
Fax: (212) 336-8001
Email: alocicero@arelaw.com

376323.1