IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------ X
RONALD A. KATZ TECHNOLOGY LICENSING,         :
L.P.,                                        :
                    Plaintiff,               :
     v.                                      :
                                             :
CONSOLIDATED EDISON COMPANY OF NEW           :    Civil Action No. 07-CV-5392
YORK, INC., MACY'S, INC. (F/K/A FEDERATED    :
DEPARTMENT STORES, INC.),                    :         ECF Filed
BLOOMINGDALES BY MAIL LTD.,                  :
BLOOMINGDALES, INC., FDS BANK,               :
FACS GROUP, INC., and WEBSTER BANK, N.A.,    :
                                             :
                    Defendants.              :    Honorable Richard M. Berman
                                             :    Magistrate Judge Frank Maas
                                             :
MACY'S, INC. (F/K/A FEDERATED                :
DEPARTMENT STORES, INC.),                    :
BLOOMINGDALES BY MAIL LTD.,                  :
BLOOMINGDALES, INC., FDS BANK, and MACY'S    :
CREDIT AND CUSTOMER SERVICES, INC.           :
(F/K/A FACS GROUP, INC.),                    :
             Counterclaim Plaintiffs/        :
             Third Party Plaintiffs,         :
     v.                                      :
                                             :
RONALD A. KATZ TECHNOLOGY LICENSING,         :
L.P.,                                        :
             Counterclaim Defendant,         :
                                             :
INTERNATIONAL BUSINESS MACHINES CORP.,       :
and XEROX GLOBAL SERVICES, INC.,             :
             Third Party Defendants.         :
------------------------------------------------------------------ X
```

## **NOTICE OF APPEARANCE**

To The Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendants/Counterclaim Plaintiffs/Third Party Plaintiffs:

- Macy's, Inc. (f/k/a Federated Department Stores, Inc.),

376317.1

- Bloomingdales By Mail Ltd.,
- Bloomingdales, Inc.,
- FDS Bank, and
- FACS Group, Inc. (now known as Macy's Credit And Customer Services, Inc.)

I certify that I am admitted to practice in this court.

Dated:  July 31, 2007

Respectfully submitted,

_____
Richard S. Mandaro (RM 2602)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY  10016
Tel:  (212) 336-8000
Fax:  (212) 336-8001
Email:  rmandaro@arelaw.com