**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
RONALD A. KATZ TECHONLOGY LICENSING, L.P.,

      Plaintiff(s),

  -against-

CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC., ET AL.,

      Defendant(s).

MACY'S, INC., ETC., ET AL.

      Counterclaim Plaintiffs/
      Third Party Plaintiffs,

  -against-

RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,

      Counterclaim Defendant,

INTERNATIONAL BUSINESS MACHINES CORP., ET AL.

      Third Party Defendants.
-----------------------------------------------------------------------X

Civil Action No. 07-CV-5392

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
        S.S.:
COUNTY OF ROCKLAND  )

      DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

      That on the 6th day of August, 2007, at approximately 2:25 PM, deponent served a true copy of the MACY'S ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIMS AND THIRD PARTY COMPLAINT upon INTERNATIONAL BUSINESS MACHINES CORP. at New Orchard Road, Main Lobby, Armonk, New York 10504, by personally delivering and leaving the same with LOUISE NOVAK, who informed deponent that she is an assistant to the executive secretary authorized by INTERNATIONAL BUSINESS MACHINES CORP. to receive service at that address.

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

LOUISE NOVAK is a white female, approximately 37 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 175 pounds with brown hair, hazel eyes and glasses.

DAVID KSIAZEK #0974523

Sworn to before me this
6th day of August, 2007

NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08