UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,

        Plaintiff,

-against-

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., MACY'S INC. (F/K/A FEDERATED DEPARTMENT STORES, INC.), BLOOMINGDALES BY MAIL LTD., BLOOMINGDALES, INC., FDS BANK, FACS GROUP, INC., AND WEBSTER BANK, N.A.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

07 Civ. 5392 (RMB) (FM)

RULE 7.1 STATEMENT

Hon. Richard M. Berman

ECF Filed

    Pursuant to Federal Rule of Civil Procedure 7.1, formerly Local Rule 1.9, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification of recusal, the undersigned counsel of record for Webster Bank, N.A., ("Webster") certify that Defendant Webster hereby identifies as its parent corporation Webster Financial Corporation, a publicly held corporation whose common stock is traded on the New York Stock Exchange under the symbol "WBS."

Respectfully submitted,

WEBSTER BANK, N.A.

/s/ James G. McCarney
By one of its attorneys
James G. McCarney (JM 2200)
Jenifer J. Liu (JL 2773)
HOWREY LLP
153 East 54th Street, 54th Floor
New York, NY 10022
Tel: (212) 896-6500
Fax: (212) 896-6501

Matthew J. Moore
Lisa K. Hsiao
Christopher Cuneo
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 783-0800

*Counsel for*
*Consolidated Edison Company*
*of New York, Inc., and*
*Webster Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing **RULE 7.1 STATEMENT** were served by electronic and regular United States mail, postage prepaid, this 10th day of August, 2007 upon each of the parties listed below:

| | |
|---|---|
| Celia Goldwag Barenholtz (CB 9126)<br>COOLEY GODWARD KRONISH LLP<br>The Grace Building<br>1114 Avenue of the Americas<br>New York, NY 10036-7798<br>cbarenholtz@cooley.com | Anthony F. LoCicero (AL 7538)<br>Richard S. Mandaro (RM 2602)<br>AMSTER, ROTHSTEIN & EBENSTEIN LLP<br>90 Park Avenue<br>New York, New York 10016<br>alocicero@arelaw.com<br>rmandaro@arelaw.com |
| *Counsel for*<br>*RONALD A. KATZ TECHNOLOGY*<br>*LICENSING, L.P* | *Counsel for*<br>*MACY'S INC. (F/K/A FEDERATED*<br>*DEPARTMENT STORES, INC.),*<br>*BLOOMINGDALES BY MAIL LTD.,*<br>*BLOOMINGDALES, INC., FDS BANK, FACS*<br>*GROUP, INC.* |

Dated: New York, New York
August 10, 2007

                                            /s/Jenifer J. Liu
                                            Jenifer J. Liu (JL 2773)