

DOCKET NO. 1816

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION

(CV-07-4959-RGK(FFMx))

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-2)

On March 20, 2007, the Panel transferred 25 civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.2d_ (J.P.M.L. 2007). Since that time, one additional action has been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable Robert Gary Klausner.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Klausner.

Pursuant to Rule 7.4 of the Rules of <u>Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of March 20, 2007, and, with the consent of that court, assigned to the Honorable Robert Gary Klausner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL - 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY
J. MICHAEL McMAHON,

BY _____
DEPUTY CLERK

# SCHEDULE CTO-2 TAG-ALONG ACTIONS
## DOCKET NO. 1816
## IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** <br> CAN 3 07-3004 | Ronald A. Katz Technology Licensing, L.P. v. Bank of the West, et al. CV07-4923(RGK)(FFMx) |
| **DELAWARE** <br> ~~DE 1 07-361~~ <br> DE 1 07-368 | ~~Ronald A. Katz Technology Licensing, L.P. v. Comcast Corp., et al.~~ Opposed 7/6/07 ✓ <br> Ronald A. Katz Technology Licensing, L.P. v. Citizens Communications Co., et al. CV07-50616-RGK(FFMx) |
| ~~**GEORGIA NORTHERN**~~ <br> GAN 1 07-1325 | Ronald A. Katz Technology Licensing, L.P. v. The Southern Co., et al. CV 07-4924 (RGK)(FFMx) |
| **HAWAII** <br> HI 1 07-314 | Ronald A. Katz Technology Licensing, L.P. v. First Hawaiian Bank CV 07-4927-RGK(FFMx) |
| **ILLINOIS NORTHERN** <br> ILN 1 07-3235 | Ronald A. Katz Technology Licensing, L.P. v. Exelon Corp., et al. CV 07-4932-RGK(FFMx) |
| **INDIANA SOUTHERN** <br> INS 1 07-716 | Ronald A. Katz Technology Licensing, L.P. v. Old National Bancorp., et al. CV07-4933-RGK(FFMx) |
| **MICHIGAN EASTERN** <br> MIE 2 07-12459 | Ronald A. Katz Technology Licensing, L.P. v. CMS Energy Corp., et al. CV 07-4954-RGK (FFMx) |
| **MISSOURI EASTERN** <br> MOE 4 07-1083 | Ronald A. Katz Technology Licensing, L.P. v. Ameren Corp., et al. CV 07-4955-(RGK)(FFMx) |
| **NORTH CAROLINA EASTERN** <br> NCE 5 07-202 | Ronald A. Katz Technology Licensing, L.P. v. Progress Energy, Inc., et al. CV 07-4956-RGK (FFMx) |
| **NEW JERSEY** <br> ~~NJ 2 07-2658~~ | ~~Ronald A. Katz Technology Licensing, L.P. v. Public Service Enterprise Group, Inc., et al.~~ Opposed 7/6/07 ✓ |
| **NEVADA** <br> NV 2 07-737 | Ronald A. Katz Technology Licensing, L.P. v. Sierra Pacific Resources, et al. CV07-4957-RGK (FFMx) |
| **NEW YORK SOUTHERN** <br> NYS 1 07-5392 <br> NYS 1 07-5442 | Ronald A. Katz Technology Licensing, L.P. v. Consolidated Edison Co. of New York, Inc., et al. CV 07-4958 <br> Ronald A. Katz Technology Licensing, L.P. v. New York Life Insurance Co., et al. CV 07-4959-RGK (FFMx) |
| **OHIO NORTHERN** <br> OHN 1 07-1706 | Ronald A. Katz Technology Licensing, L.P. v. Cincinnati Bell, Inc., et al. CV 07-4961-RGK(FFMx) |
| **OHIO SOUTHERN** <br> OHS 1 07-451 | Ronald A. Katz Technology Licensing, L.P. v. Fifth Third Bancorp, et al. CV 07-4960-RGK(FFMx) |
| **OKLAHOMA WESTERN** <br> OKW 5 07-650 | Ronald A. Katz Technology Licensing, L.P. v. OGE Energy Corp., et al. CV07-4962-RGK(FFMx) |
| **PENNSYLVANIA EASTERN** <br> PAE 2 07-2313 | Ronald A. Katz Technology Licensing, L.P. v. PPL Corp., et al. CV 07-4963-RGK (FFMx) |
| **RHODE ISLAND** <br> RI 1 07-210 | Ronald A. Katz Technology Licensing, L.P. v. Citizens Financial Group, Inc., et al. CV 07-4964-RGK(FFMx) |
| **TEXAS EASTERN** <br> TXE 2 07-232 <br> TXE 2 07-233 <br> TXE 2 07-237 <br> TXE 6 07-260 | Ronald A. Katz Technology Licensing, L.P. v. Continental Airlines, Inc., et al. 07-4965-RGK (FFMx) <br> Ronald A. Katz Technology Licensing, L.P. v. TXU Corp., et al. 07-4966-RGK (FFMx) <br> Ronald A. Katz Technology Licensing, L.P. v. BMG Columbia House, Inc., et al. 07-4967-RGK(FFMx) <br> Ronald A. Katz Technology Licensing, L.P. v. Colonial Bank N.A., et al. 07-4968-RGK(FFMx) |