IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,

    Plaintiff,

v.

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., MACY'S, INC. (F/K/A FEDERATED DEPARTMENT STORES, INC.), BLOOMINGDALES BY MAIL LTD., BLOOMINGDALES, INC., FDS BANK, FACS GROUP, INC., and WEBSTER BANK, N.A.,

    Defendants.

Case No. 07 CV 5392

---

## WITHDRAWAL OF APPEARANCE

**TO THE CLERK:**

Kindly withdraw the appearance of Celia Goldwag Barenholtz as counsel for plaintiff Ronald A. Katz Technology Licensing, L.P. in the above-referenced action.

Dated: December 20, 2007

Respectfully submitted,

Celia Goldwag Barenholtz
cbarenholtz@cooley.com
COOLEY GODWARD KRONISH LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Phone:  (212) 479-6000
Fax:    (212) 479-6275

Of Counsel:
Stephen C. Neal
<u>nealsc@cooley.com</u>
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:   (650) 843-5000
Facsimile:   (650) 857-0663

Frank V. Pietrantonio
<u>fpietrantonio@cooley.com</u>
Jonathan G. Graves
<u>jgraves@cooley.com</u>
COOLEY GODWARD KRONISH LLP
One Freedom Square
11951 Freedom Drive
Reston, VA 20190-5656
Telephone:   (703) 456-8000
Facsimile:   (703) 456-8100

*Attorneys for Plaintiff*
*Ronald A. Katz Technology Licensing, L.P.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
RONALD A. KATZ TECHNOLOGY
LICENSING, L.P.,

        Plaintiff,

        v.

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC., MACY'S, INC. (F/K/A
FEDERATED DEPARTMENT STORES, INC.),
BLOOMINGDALES BY MAIL LTD.,
BLOOMINGDALES, INC., FDS BANK, FACS
GROUP, INC., and WEBSTER BANK, N.A.,

        Defendants.

---------------------------------- x

Case No. 07 CV 5392

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                             : ss.:
COUNTY OF NEW YORK  )

Theresa Romano, being duly sworn, deposes and says:

I am not a party to this action, am over the age of eighteen years and reside in Bayside, New York.

On December 21, 2007, I caused *Withdrawal of Appearance* to be prepared in PDF and then served by electronic mail to the parties listed below. I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

| | |
|---|---|
| Bloomingdales By Mail, Ltd. | alocicero@arelaw.com |
| Bloomingdales, Inc. | rmandaro@arelaw.com |
| FACS Group, Inc. | |
| FDS Bank | |
| Macy's, Inc. (f/k/a Federated Department Stores, Inc.) | |

Webster Bank, N.A.

katzmdlteam@howrey.com
hsiaol@howrey.com
cuneoc@howrey.com
snajim@jonesday.com
jonesday_katz@jonesday.com

_____
Theresa Romano

Sworn to before me this
21st day of December, 2007

_____
NOTARY PUBLIC

RUBEN D MORALES
Notary Public, State of New York
No. 01MO6084632
Qualified in Queens County
Commission Expires December 09, 2010